

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2023

No. 04-23-00465-CV

**IN THE INTEREST OF I.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00828
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER that appellee recover its costs of this appeal from appellant.

It is so **ORDERED** on June 28, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2023.

_____
Michael A. Cruz, Clerk of Court